IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
MAY 17 2016
ARTHUR JOHNSTON
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 3:16cr40DPJ-FKB

KHALIL SLAYTON,                         18 U.S.C. § 2114
JEROME BENAMON and                 18 U.S.C. § 924(c)
EDWARD JAMES MOBLEY             18 U.S.C. § 1708

**The Grand Jury Charges:**

COUNT 1

On or about April 4, 2016, in Kemper County in the Northern Division of the Southern District of Mississippi and elsewhere, the defendants, **KHALIL SLAYTON, JEROME BENAMON** and **EDWARD JAMES MOBLEY**, aided and abetted by one another and others known and unknown to the Grand Jury, did assault a United States Postal Service Highway Contract Route Driver, a person having lawful charge, custody, and control of United States mail matter, money, and other property of the United States, with intent to rob, steal and purloin said mail matter, money and other property of the United States, and in doing so, the defendants put the life of the said Highway Contract Route Driver in jeopardy by the use of a dangerous weapon, that is a pistol, all in violation of Title 18, United States Code, Sections 2114 and 2.

COUNT 2

On or about April 4, 2016, in Kemper County in the Northern Division of the Southern District of Mississippi and elsewhere, the defendants, **KHALIL SLAYTON, JEROME BENAMON** and **EDWARD JAMES MOBLEY**, aided and abetted by one another and others known and unknown to the Grand Jury, did knowingly brandish and discharge a firearm, that is,

a pistol, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, assault on a United States Postal Service Highway Contract Route Driver, in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

## COUNT 3

On or about April 4, 2016, in Kemper County in the Northern Division of the Southern District of Mississippi and elsewhere, the defendants, **KHALIL SLAYTON, JEROME BENAMON** and **EDWARD JAMES MOBLEY**, aided and abetted by one another and others known and unknown to the Grand Jury, did steal and take from a United States Postal Service Highway Contract Route Carrier mail bags containing letters and other items, in violation of Title 18, United States Code, Section 1708 and 2.

_____
GREGORY K. DAVIS
United States Attorney

A TRUE BILL:

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this, the 17th day of MAY, 2016.

_____
UNITED STATES MAGISTRATE JUDGE